UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-99 (FLW) |
|  | : |  |
|  | : | CONSENT ORDER EXCLUDING |
| v. | : | TIME UNDER THE SPEEDY |
|  | : | TRIAL ACT |
|  | : |  |
| WALTER HOMAN | : |  |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (James Kitchen, Assistant United States Attorney) and defendant Walter Homan (Brian P. Reilly, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for 45 days from June 3rd, 2008 through July 18th, 2008, to allow the parties to conduct plea negotiations, attempt to finalize a plea agreement and permit defense counsel an opportunity to obtain medical records;

and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant having consented to the continuance as signed below and waived such right, for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1) Discussions are underway and both the United States and the defendant desire additional time to negotiate a resolution of this case, which would render the filing of pretrial

motions and trial of this matter unnecessary;

2) Additional time is necessary for defense counsel to obtain medical records pursuant to 18 U.S.C. §3161(h)(1)(A);

3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the interest of the public and defendant in a speedy trial;

WHEREFORE IT IS ORDERED this __11th__ day of June, 2008, that the action be continued from June 3rd, 2008 to July 18th, 2008.

IT IS FURTHER ORDERED that the period from June 3rd, 2008 through July 18th, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984) pursuant to 18 U.S.C. §3161.

_____
HONORABLE FREDA L. WOLFSON
United States District Judge

_____
Brian P. Reilly, AFPD
Counsel for Defendant

_____
James Kitchen, AUSA
Counsel for the Government

_____
Walter Homan, defendant

2