UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : CRIMINAL NO. 08-99

v. : ORDER

WALTER HOMAN :

The matter being opened to the Court by defendant, Walter Homan, through his counsel Brian P. Reilly, Esquire, to amend the conditions of release previously set on February 14, 2008 and to permit travel to Smuggler's Notch in Vermont;

and the United States through Jimmy Kitchen, Assistant United States Attorney, not objecting to ths request;

and good cause having been shown;

IT IS ORDERED this 25th day of June, 2008, that the conditions of release previously set by this Court on February 14, 2008, are amended as follows:

1. Defendant Walter Homan shall be permitted to travel to Smuggler's Notch in Vermont leaving New Jersey on July 12, 2008 and to return to his residence in New Jersey on July 21, 2008.

2.	The third-party custodian, Susan Homan, shall remain with Walter Homan during the entirety of the travel.

All other conditions previously imposed shall remain in full force and effect.

HONORABLE FREDA L. WOLFSON
United States District Judge